UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14038-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUIDO MARCELO ALVAREZ-INSAURRADLE,

    Defendant.
_____/



FILED by _____ D.C.

JUL 2 5 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON COMPETENCY EVALUATION

**THIS CAUSE** having come on to be heard for a competency hearing regarding the Defendant's request for competency evaluation, and this Court having conducted a hearing on July 20, 2017 at which time counsel for the government, counsel for the Defendant and the Defendant were all present, this Court makes the following recommendation to the District Court:

    1.    The Defendant appeared before United States Magistrate Judge Frank J. Lynch on May 11, 2017 for an initial appearance in respect to the Criminal Complaint which had been filed against him in this matter. At that time, Defendant stated that he did not understand the charges. The Court appointed the Federal Public Defender to represent him. AFPD Fletcher Peacock requested that the Court not proceed further questioning the Defendant concerning the charges, the penalties or in respect to the government's request for pretrial detention. AFPD Peacock

stated that he would be filing a motion for competency evaluation in this matter based upon his discussions with the Defendant as well as the facts alleged in the Criminal Complaint, which reflect past issues concerning Defendant's mental health. Judge Lynch temporarily detained the Defendant, set a detention hearing for May 18, 2017, and advised counsel for the Defendant to file the motion for competency evaluation.

2. Thereafter, defense counsel filed a Motion Requesting Competency Evaluation [DE 13]. On May 18, 2017, Judge Lynch convened court, granted the motion, and entered an order temporarily detaining Defendant pursuant to the facts set forth in the Criminal Complaint and Affidavit pending resolution of the competency issues raised by defense counsel[DE 15]. Based on the issues raised in the Motion Requesting Competency Evaluation, Judge Lynch did not proceed with a preliminary hearing or arraignment at that time.

3. Approximately one month later, Attorney Ana Davide filed a stipulated motion with the Federal Public Defender for substitution of counsel in this matter [DE 20]. This Court granted said motion, and Attorney Davide became Defendant's counsel of record [DE 22].

4. Thereafter, this Court received a Forensic Evaluation from Dr. Jorge Luis, a forensic psychologist with the Department

of Justice Bureau of Prisons. On July 25, 2017, this Court entered a Sealed Order sealing the Forensic Evaluation. Copies of this document were provided to counsel for the government and counsel for the Defendant with a copy placed under seal pursuant to this Court's Order.

5. This Court will not set forth details within this Report and Recommendation concerning those findings since they are available to review by the District Court in the attachments to this Court's Sealed Order. However, this Court will discuss in general the findings contained within the report.

6. The report states that it is Dr. Luis' opinion that Defendant is mentally competent to stand trial. Dr. Luis' review of Defendant's general legal knowledge revealed a sufficient factual and rational understanding of courtroom roles and proceedings. Defendant was able to define the roles of his attorney and the prosecutor, and describe reasonable means of providing assistance towards his own defense by providing relevant evidence to his attorney. Defendant appeared to understand the adversarial nature of the proceedings, stating that he could face a period of incarceration of up to ten years. Defendant was also able to demonstrate an understanding of the charge against him. Defendant's performance, according to Dr. Luis, was consistent with that of individuals who are competent

to proceed to trial. The Report states, "Though Mr. Alvarez-Insaurralde is diagnosed with a mental disorder, it does not render him unable to understand the nature and consequences of the proceedings against him at this time. The defendant demonstrates a basic factual and rational understanding of the charges against him, and can assist his attorney in his own defense. He also demonstrated an appreciation of the penalties he could face if he were convicted of the current charge."

7. At the hearing before this Court on July 20, 2017, this Court questioned counsel for the Defendant. She had no objections to the finding of competency. She has discussed the report with the Defendant, and has discussed the case in general with him multiple times. Defense counsel stated that he has the current ability to meaningfully discuss the case with her and assist in his defense.

8. The Court advised Defendant that it would be recommending that he be found competent. Defendant indicated that he understood this Court's statements and responded appropriately.

9. The Court then proceeded to arraignment, explaining the charge in the Indictment to the Defendant. The Government announced possible maximum penalties. Defendant stated that he understood the charge and possible penalties. Based upon this

Court's brief interaction with the Defendant on the record, he appears to be competent, understand the nature of the proceedings, and have the current ability to assist counsel with his defense.

**ACCORDINGLY**, this Court recommends to the District Court that the Forensic Report dated July 14, 2017 from Dr. Luis be ACCEPTED, the findings set forth therein be ADOPTED by the District Court and the Defendant be found to be competent to proceed to trial.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 25th day of July, 2017.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE